1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LEO ARCHER,

11          Petitioner,                    No. CIV-S-04-2249 MCE KJM P

12      vs.

13  SOLANO COUNTY SUPERIOR
    COURT, et al.,
14

15          Respondents.              ORDER

16  _____/

17          Petitioner is a state prisoner proceeding pro se and in forma pauperis with an

18  application for writ of habeas corpus.  In light of the complexity of the legal issues involved, the

19  court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C.

20  § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  The Federal Defender is appointed to represent petitioner.

23          2.  The Clerk of the Court is directed to serve a copy of the petition and this order

24  on David Porter, Assistant Federal Defender.

25  /////

26  /////

1

3.  Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4.  A status conference is set for October 12, 2005, at 10:00 a.m. before the undersigned.

DATED:  September 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
arch2249.110a

2