QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
LEO ARCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ARCHER, <br>         Petitioner, <br>        v. <br> SOLANO COUNTY SUPERIOR COURT, et al., <br>         Respondents. | No. CIV S-04-2249 MCE KJM P <br><br> ORDER |

Based on Petitioner's Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Stephanie Adraktas shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: October 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE