IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER aka
RICKY THOMAS,

      Petitioner,               No. CIV S-04-2249 MCE KJM P

  vs.

SOLANO COUNTY SUPERIOR
COURT, et al.,

      Respondents.            <u>ORDER</u>

_____/

      On October 12, 2005, the cause came on for status conference. Stephanie Adraktas appeared for petitioner. Assistant Attorney General Brian Smiley appeared for respondents. Based on the discussion occurring at the status conference, the court's file, and good cause appearing, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

      1. Within sixty days, petitioner shall inform the court in writing whether petitioner intends to file an amended application for writ of habeas corpus and a motion to stay; and

/////

/////

1

1   2.  The Clerk of the Court is directed to add Assistant Attorney General Brian
Smiley to the service list for this action.

DATED: October 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
arch2249.aho