IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER,

    Petitioner,        No. CIV-S-04-2249 MCE KJM P

    vs.

SOLANO COUNTY SUPERIOR COURT, et al.,

    Respondents.    ORDER

        Petitioner is a California detainee proceeding with counsel with an application for writ of habeas corpus. Petitioner has filed two documents with the court. Because petitioner has counsel the documents will not be considered. Petitioner is informed that he generally should not file documents with the court, except through counsel.[1] Accordingly, IT IS HEREBY ORDERED that the documents filed by petitioner on April 20 and 24, 2006 shall be placed in the court's file and disregarded.

DATED: May 10, 2006.

                      UNITED STATES MAGISTRATE JUDGE

1 arch2249.con

---

[1] The court assumes petitioner's counsel will ensure that he receives a copy of this order.