1

STEPHANIE M. ADRAKTAS
2  (No. 215323)
   Attorney at Law
3  448 Page St.
   San Francisco, CA 94102
4  Telephone (415) 699-1507
   Fax Number  (415) 626-5475

5
   Attorney for Petitioner
6  LEO ARCHER

                     UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

10  LEO ARCHER                          )      NO.  CIV S-04-2249-MCE KJM P
                                        )
11              Petitioner,             )
                                        )      **ORDER SETTING DUE DATE**
12         v.                           )      **FOR PETITIONER'S**
                                        )      **MOTION TO STAY**
13  SOLANO COUNTY SUPERIOR COURT        )
                                        )
14                                      )
                Respondent .            )
15                                      )

16

17       For the reasons stated in the petitioner's Notice of Intent to File Motion to Stay

18  and based on the information presented in petitioner's Declaration of Counsel, IT IS

19  ORDERED that petitioner file a motion to stay the instant proceedings no later than June

20  22, 2006.

21

22  DATED:  May 10, 2006.

23

24                                      _____
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28