IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER,

    Petitioner,        No. CIV S-04-2249 MCE KJM P

  vs.

SOLANO COUNTY SUPERIOR COURT,

    Respondent.        <u>ORDER</u>

                            /

        Petitioner, who is represented by counsel, has filed several documents with the court. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Documents filed by petitioner on May 22, June 9, June 12, June 22, July 3, July 10, July 11, July 12, and August 2, 2006 (docket nos. 25-31, 34-39), shall be placed in the court's file and disregarded;

        2. In the future, petitioner shall communicate with the court on substantive matters only through counsel, unless petitioner seeks removal of his counsel and such removal is approved; and

/////

/////

/////

1

1        3.  The Clerk of the Court is directed to serve a copy of this order on petitioner
2   and petitioner's counsel.
3   DATED:  August 11, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

1
arch2249.ps