STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
LEO ARCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEO ARCHER | ) | NO.  CIV S-04-2249-MCE KJM P |
| Petitioner, | ) | |
| v. | ) | **ORDER SETTING DUE DATE FOR PETITIONER'S MOTION TO STAY** |
| SOLANO COUNTY SUPERIOR COURT | ) | |
| Respondent . | ) | |

For the reasons stated in the foregoing Motion to Extend Time to File Motion to Stay and based on the information presented in Petitioner's Declaration of Counsel, IT IS  ORDERED that petitioner file a motion to stay the instant proceedings no later  than May 11, 2007.

DATED: March 21, 2007.

_____
U.S. MAGISTRATE JUDGE