IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER,

    Petitioner,                    No. CIV S-04-2249 MCE KJM P

    vs.

SOLANO COUNTY SUPERIOR COURT,

    Respondent.                   <u>ORDER</u>

_____/

        Petitioner is a state detainee proceeding with an application for writ of habeas corpus. Petitioner is represented by counsel. On April 19, 2007, petitioner filed a document titled "Notice of Constitutional Deprivations Need For Immediate Relief," and on April 23, 2007, he filed a document titled "Writ of Mandate." Because petitioner is represented by counsel, he shall communicate with the court only through counsel. Therefore, the documents filed on April 19 and April 23, 2007 by petitioner shall be placed in the court's file and disregarded.

DATED: April 25, 2007.

                                                  U.S. MAGISTRATE JUDGE

1/arch2249.cor

1