STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Fax Number (415) 626-5475

Attorney for Petitioner
LEO ARCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ARCHER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SOLANO COUNTY SUPERIOR COURT<br><br>　　　　Respondent. | NO. CIV S-04-2249-MCE KJM P<br><br>**ORDER SETTING DUE DATE FOR PETITIONER'S MOTION TO STAY** |

For the reasons stated in Petitioner's Motion to Extend Time to File Motion to Stay and based on the information presented in Petitioner's Declaration of Counsel, IT IS ORDERED that petitioner file a motion to stay the instant proceedings no later than August 9, 2007.

DATED: May 8, 2007.

_____
U.S. MAGISTRATE JUDGE